IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GINNIFER WYATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv154-MHT |
| | ) | (WO) |
| MONTGOMERY COUNTY PUBLIC | ) | |
| SCHOOLS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 26) is adopted.

(2) Plaintiff's claims against defendant State of Alabama Department of Education are dismissed without prejudice for failure to prosecute, and said defendant is terminated as a party to this action. All claims against the other defendants remain pending.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is referred back the magistrate judge for further proceedings.

DONE, this the 31st day of October, 2019.

                                      /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**