IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GINNIFER WYATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv154-MHT |
| | ) | (WO) |
| MONTGOMERY COUNTY PUBLIC | ) | |
| SCHOOLS and MONTGOMERY | ) | |
| COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Upon consideration of plaintiff's motion to dismiss (doc. no. 30), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety without prejudice. The court assumes defendants do not object to this dismissal, but if they do, they must file an objection within five business days.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of December, 2019.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**